UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN POSTAL WORKERS UNION,
DETROIT DISTRICT AREA LOCAL,
AFL-CIO, as an expressly authorized agent of the
AMERICAN POSTAL WORKERS UNION,
AFL-CIO                                              Civil No. 2:10-cv-10316

        Plaintiff,                          HON. PATRICK J. DUGGAN
                                                     MAG. JUDGE PAUL J. KOMIVES
v.

UNITED STATES POSTAL SERVICE,

        Defendant.
_____/

## ORDER

Plaintiff initiated this action against Defendant on January 25, 2010. At the same time, Plaintiff filed with the Court a motion for a temporary restraining order and/or preliminary injunctive relief. A hearing to address Plaintiff's motion took place on January 28, 2010.

For the reasons stated on the record at the hearing on January 28, 2010, it is hereby ORDERED that the Plaintiff's motion for a temporary restraining order and/or preliminary injunctive relief is DENIED.

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: February 5, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2010, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager