UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN POSTAL WORKERS UNION,
DETROIT DISTRICT AREA LOCAL,
AFL-CIO, as an expressly authorized agent of the
AMERICAN POSTAL WORKERS UNION,
AFL-CIO                                                      Civil No. 2:10-cv-10316
          Plaintiff,                                      HON. PATRICK J. DUGGAN
                                         MAG. JUDGE PAUL J. KOMIVES

v.

UNITED STATES POSTAL SERVICE,
          Defendant.

## JUDGMENT

Plaintiff initiated this action against Defendant on January 25, 2010. At the same time, Plaintiff filed with the Court a motion for a temporary restraining order and/or preliminary injunctive relief. A hearing to address Plaintiff's motion took place on January 28, 2010. The Court denied Plaintiff's motion on that same date, and no other relief was requested by Plaintiff.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff's Verified Complaint is DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that JUDGMENT is entered in favor of Defendant and against Plaintiff.

                                          S/Patrick J. Duggan
                                          Patrick J. Duggan
                                          United States District Judge

Dated: February 5, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2010, by electronic and/or ordinary mail.
                                          S/Marilyn Orem
                                          Case Manager